United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-17681-mdc
Paul G. Dolan                                                   Chapter 7
Randi J. Dolan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1              Date Rcvd: Mar 21, 2019
                              Form ID: 195            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
db/jdb          +Paul G. Dolan,   Randi J. Dolan,   257 Harding Road,   Southampton, PA 18966-3210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
          BONNIE B. FINKEL    finkeltrustee@comcast.net,  NJ69@ecfcbis.com;Finkeltrustee@comcast.net
          BONNIE B. FINKEL    on behalf of Trustee BONNIE B. FINKEL finkeltrustee@comcast.net,
          NJ69@ecfcbis.com;Finkeltrustee@comcast.net
          KENNETH G. HARRISON    on behalf of Debtor Paul G. Dolan kghesq@juno.com
          KENNETH G. HARRISON    on behalf of Joint Debtor Randi J. Dolan kghesq@juno.com
          REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank, N.A., successor trustee to LaSalle Bank
          National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust
          2004-HE11, Asset-Backed Certificates Series 2004-HE11 bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                    : Chapter 7

Paul G. Dolan and Randi J. Dolan                          : Case No. 18–17681–mdc
        Debtor(s)

### *ORDER*
_____

AND NOW, this day , 21st of March 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

25
Form 195